AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

ISRAEL HOPPER, individually, and on behalf of other members of the general public similarly situated;

*Plaintiff(s)*

v.

ASPLUNDH TREE EXPERT, LLC; and DOES 1 through 5, inclusive,

*Defendant(s)*

Civil Action No. 3:26-cv-02532-SB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASPLUNDH TREE EXPERT, LLC
c/o CORPORATION SERVICE COMPANY
1127 Broadway Street NE, Suite 310, Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sydney L. Skidmore, OSB #224931
LAWYERS for JUSTICE, P.C.
701 Pike Street, Suite 1650, Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 11/18/2026**

**By: s/G. Davis, Deputy Clerk**